1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT J. KULICK,

           Plaintiff,

     v.

LEISURE VILLAGE ASSOCIATION, INC.,

           Defendant.

CV 18-3392 PA (SSx)

JUDGMENT

In accordance with the Court's June 21, 2018 Minute Order dismissing the action brought by plaintiff Robert J. Kulick ("Plaintiff") against defendant Leisure Village Association, Inc. ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's "Amended Second Amended Complaint" is dismissed without leave to amend;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing.

DATED: July 5, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE